UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DOUGHERTY | CIVIL ACTION |
| VERSUS | NO. 23-3356 |
| UNITED SERVICES AUTOMOBILE ASSOCIATION | SECTION M (4) |

# ORDER

Considering the defendant's unopposed motion to dismiss for lack of subject-matter jurisdiction,[1]

IT IS ORDERED that the motion is GRANTED, and plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 16th day of October, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Docs. 12; 14.